UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00186-RFB-MDC |
| Plaintiff, | |
| v. | **ORDER** |
| HAIPENG DAI, | |
| Defendant. | |

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. 3006A, the Criminal Justice Act counsel was appointed for the above-named defendant at the commencement of Initial Appearance hearing held on August 11, 2025, continued to August 18, 2025.

Based upon a review of Defendant's financial affidavit and other relevant inquiry, the Court finds that Defendant possesses financial resources sufficient to bear some of the cost of his representation, i.e., funds are available from or on behalf of Defendant for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation. Accordingly, pursuant to the provisions of 18 U.S.C. 3006A(f),

IT IS HEREBY ORDERED that Defendant shall reimburse the Treasury of the United States at the rate of $1,000.00 per month for the cost of his representation until the case has concluded. The first payment of **$1,000.00**, payable to the **Clerk of the Court**, for deposit into the Treasury, is due no later than **Tuesday, September 9, 2025**. Thereafter, each payment is due on the **first business day of each month** until the conclusion of the case.

Dated this 11th day of August, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE