RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for ZHIPENG DAI

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00186-RFB-MDC |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION DEADLINES** |
| v. | (First Request) |
| HAIPENG DAI and | |
| ZHIPENG DAI, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender ALLIE WILSON, counsel for ZHIPENG DAI, CHRIS RASMUSSEN, ESQ., counsel for HAIPENG DAI, Deputy Attorney General of the United States Todd Blanche, and Assistant United States Attorney RICHARD ANTHONY LOPEZ, counsel for the United States of America, that deadline to file any and all pretrial motions and notices of defense be extended from February 20, 2026 to **February 27, 2026.**

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **March 13, 2026**, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **March 20, 2026**, to file any and all replies to dispositive motions.

This is the first stipulation to continue the motions deadlines.  Counsel is requesting additional time to file pretrial motions mindful of the current trial date of June 15, 2026 at 8:30 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 18th day of February, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

By:*/s/Allie Wilson*_____

ALLIE WILSON
Assistant Federal Public Defender
Counsel for Zhipeng Dai

By:*/s/ Richard Anthony Lopez*_____

RICHARD ANTHONY LOPEZ
Assistant United States Attorney
Counsel for United States

By:*/s/ Chris Rasmussen*

CHRIS RASMUSSEN, ESQ.
Counsel for Haipeng Dai

**IT IS SO ORDERED.**

**DATED** February 19,  2026.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE