THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
601 S. 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Counsel for Haipeng Dai

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HAIPENG DAI, and<br>ZHIPENG DAI,<br>Defendants. | Case No. 2:25-CR-00186-RFB-MDC<br><br>**STIPULATION TO CONTINUE MOTIONS DEADLINES**<br>**(Fifth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender Allie Wilson, counsel for Zhipeng Dai, Maysoun Fletcher, counsel for Haipeng Dai, and Assistant United States Attorney Richard Anthony Lopez, counsel for the United States of America, that the current pretrial motions and notices of defense deadline, September 7, 2026, be vacated and continued to October 5, 2026.

This Stipulation to continue is entered into for the following reasons:

1. First, failure to grant this continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).
2. The defendants are currently on bond and consent to the continuance.

3. Counsel for the defendants need additional time to conduct investigations in this case in order to determine whether there are any pretrial issues that must be litigated.
4. The additional time requested is not sought for purposes of delay, but merely to allow counsel for the defendants sufficient time to complete necessary investigations, research, prepare and submit pretrial motions.
5. Denial of this request for continuance would deny counsel for the defendants sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

This is the Fifth stipulation to continue pretrial motions and notices of defense.

DATED August 31, 2026.

By: */s/ Allie Wilson*_____
Allie Wilson
Assistant Federal Public Defender
Counsel for Zhipeng Dai

By: */s/ Richard Anthony Lopez*
Richard Anthony Lopez
Assistant US Attorney
Counsel for the United States

By: */s/ Maysoun Fletcher*
Maysoun Fletcher
Counsel for Haipeng Dai

THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
601 S. 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Counsel for Haipeng Dai

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAIPENG DAI, and<br><br>ZHIPENG DAI,<br><br>Defendants. | Case No. 2:25-CR-00186-RFB-MDC<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. First, failure to grant this continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).
2. The defendants are currently on bond and consent to the continuance.
3. Counsel for the defendants need additional time to conduct investigations in this case in order to determine whether there are any pretrial issues that must be litigated.
4. The additional time requested is not sought for purposes of delay, but merely to allow

counsel for the defendants sufficient time to complete necessary investigations, research, prepare and submit pretrial motions.

5. Denial of this request for continuance would deny counsel for the defendants sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

6. This is the Fifth stipulation to continue pretrial motions and notices of defense.

## CONCLUSIONS OF LAW

Failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and opportunity to effectively and thoroughly investigate, research, and prepare pretrial motions.

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including October 5, 2026 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including October 19, 2026 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including October 26, 2026 to file any and all replies.

The Parties are reminded all other deadlines and hearings remain in effect.

DATED this 2nd day of September, 2026.

UNITED STATES DISTRICT JUDGE